# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ELTON JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1426-AGF |
| | ) | |
| UNKNOWN RENTRO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On April 6, 2016, the Clerk of Court sent the Office of the Missouri Attorney General a letter relative to waiver of service of process with respect to defendants Unknown Rentro, Unknown Hergore, Unknown Hobbs, and Unknown Uptgrove [Doc. 9]. In a letter dated May 2, 2016 [Doc. 11], Assistant Attorney General Jeff Spahr agreed to waive service of process on behalf of defendants Bradley Rentfro and Joel Hobbs. Mr. Spahr informed the Court that there is no one employed at the Missouri Department of Corrections with the name "Mr. Hergore," and therefore, service would not be waived as to defendant Unknown Hergore. Regarding defendant Unknown Uptgrove, Mr. Spahr advised the Court that service would not be waived, because no one with that name is currently employed at Missouri Department of Corrections, and an individual with a similar name is no longer employed there.

Because plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court is required to serve process on his behalf, provided that plaintiff has given the Court the proper service information with respect to each defendant. As such, plaintiff will be instructed to provide the Court with the correct name and address of Unknown Hergore and Unknown Uptgrove on or before June 14, 2016, so that service may be effected. Plaintiff is warned that failure to comply with this Order will result in dismissal of this action, without prejudice, as to defendants Unknown Hergore and/or Unknown Uptgrove and without further notice to plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that, **on or before June 14, 2016**, plaintiff shall provide the Court with the correct name and address of defendants "Unknown Hergore" and "Unknown Uptgrove" so that service may be effected.

Dated this 13th day of May, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE